Certificate Number: 12433-PAE-DE-032519619

Bankruptcy Case Number: 19-11111



12433-PAE-DE-032519619

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 28, 2019</u>, at <u>9:48</u> o'clock <u>PM EDT</u>, <u>Donald F. Lewis, Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 28, 2019</u>           By:    <u>/s/Candace Jones</u>

                                       Name:  <u>Candace Jones</u>

                                       Title: <u>Counselor</u>