United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-11111-mdc
Donald F. Lewis, Jr.                                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: 318             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
```
db             Donald F. Lewis, Jr.,    621 Church Road,    Avondale, PA  19311-9783
14277638       B&B Collections,    P.O. Box 2137,    Toms River, NJ 08754-2137
14277640      +Beverly A. Steen,    5242 Sunset Lane,    Gap, PA 17527-9407
14277645      +Chester County Hospital,    701 E Marshall Street,    West Chester, PA 19380-4421
14277646      +Discover Bank,    C/O Weltman, Weinberg & Reis Co., LPA,    170 S. Independence Mall W,
                 Suite 874W,    Philadelphia, PA 19106-3334
14277649       Melissa R. Lucero,    621 Church Street,    Avondale, PA 19311-9783
14278032      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14277656       Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
14277654      +Penn Medicine,    Chester County Hospital,    P.O. Box 2701,    West Chester, PA 19380-0944
14277655      +Penn Medicine,    P.O. Box 8484,    Cherry Hill, NJ 08002-0484
14277657       Penny Mac,    P.O. Box 514387,    Los Angeles, CA 90051-4387
14277658      +ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
14277660       TD Auto Finance,    P.O. Box 9226,    Farmington, MI 48333-9226
14277662      +Trident Asset Management, LLC,    53 Perimeter Center East,    Suite 400,
                 Atlanta, GA 30346-2204
14277663      +Virtuoso,    4500 Cherry Creek South Drive,    Denver, CO 80246-1518
14277664      +West Gate Resorts,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 15 2019 03:34:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:33:05     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14277637       E-mail/Text: amscbankruptcy@adt.com Jun 15 2019 03:35:01     ADT Security,    P.O. Box 650485,
                 Dallas, TX 75265-0485
14277639       EDI: BANKAMER.COM Jun 15 2019 07:03:00     Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
14277641       EDI: CAPITALONE.COM Jun 15 2019 07:03:00     Capital One,    Attention: Bankruptcy Department,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14277642       E-mail/Text: kellyp@ccpdocs.com Jun 15 2019 03:34:50     Cardiology Consultants PH,
                 207 North Broad Street,    3rd Floor,    Philadelphia, PA 19107-1500
14277643       EDI: CHASE.COM Jun 15 2019 07:03:00     Chase Freedom,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
14277644       EDI: CHASE.COM Jun 15 2019 07:03:00     Chase Slate Bank USA,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
14277647       EDI: DISCOVER.COM Jun 15 2019 07:03:00     Discover Bank,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
14277648       EDI: CITICORP.COM Jun 15 2019 07:03:00     Home Depot,    P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
14277650      +EDI: MID8.COM Jun 15 2019 07:03:00     Midland Credit Management, Inc.,    2365 Northside Drive,
                 Suite 300,    San Diego, CA 92108-2709
14277651      +EDI: PHINGENESIS Jun 15 2019 07:03:00     Milestone MC,    Bankcard Services,    P.O. Box 4488,
                 Beaverton, OR 97076-4402
14277652      +EDI: AGFINANCE.COM Jun 15 2019 07:03:00     One Main Financial,    P.O. Box 1010,
                 Evansville, IN 47706-1010
14277653       EDI: RMSC.COM Jun 15 2019 07:03:00     Pandora,    P.O. Box 965036,    Orlando, FL 32896-5036
14277659       EDI: RESURGENT.COM Jun 15 2019 07:03:00     Resurgent Cap Services,    P.O. Box 1269,
                 Greenville, SC 29602-1269
14277661      +E-mail/Text: lhatfield@thunderbirdcollections.com Jun 15 2019 03:34:45
                 Thunderbird Collection Specialists,    3200 N. Haydn Road,    Suite 110,
                 Scottsdale, AZ 85251-6766
                                                                                                TOTAL: 17
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: admin              Page 2 of 2             Date Rcvd: Jun 14, 2019
                              Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
          CHRISTOPHER CONSTANTINE CARR    on behalf of Debtor Donald F. Lewis, Jr. cccarresq@aol.com,
           loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com
          MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
           ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Donald F. Lewis Jr.** | Social Security number or ITIN  **xxx−xx−5245** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **19−11111−mdc** | | |

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donald F. Lewis Jr.

6/13/19                                                                       **By the court:**   Magdeline D. Coleman
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2